United States District Court  
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL E. BROWN,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR),

    Defendant.

Case No. 16-cv-02656-JSW

**ORDER OF DISMISSAL**

On May 17, 2016, Plaintiff, a California prisoner, wrote a letter to the Honorable Thelton E. Henderson complaining the medical care he is receiving in prison. On the same day, the Clerk notified Plaintiff that he had not filed a complaint or a habeas petition, and that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with these deficiency notices, the Clerk mailed to Plaintiff the Court's civil complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within 28 days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 15, 2016

JEFFREY S. WHITE  
United States District Judge